JS-6

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4836
        E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL MARIE DAMANTO, | Case No. 5:25-cv-03531-MAA |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **JUDGMENT OF REMAND** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 13, 2026

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE